UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TEHMTON NARIMAN TOORKEY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 22-1648 (BAH) |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | ) ) ) ) | |
| Defendant. | ) ) | |

## DEFENDANT'S NOTICE OF CONTINUED OPPOSITION TO PLAINTIFF'S MOTION FOR APPOINTMENT OF A SPECIAL MASTER

Defendant U.S. Citizenship and Immigration Services ("USCIS"), through undersigned counsel, respectfully hereby notifies the Court that it continues to oppose Plaintiff's motion to appoint a special master ("Pl.'s Mot.", ECF No. 26). Before this Court is a routine case seeking disclosure of certain birth certificate records under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

On March 24, 2023, Plaintiff moved the Court to appoint a special master and filed an amended motion seeking the same relief. (ECF Nos. 26 and 27). On March 27, 2023,[1] Defendant opposed Plaintiff's motion (ECF No. 30) and on March 28, 2023, Plaintiff replied. Plaintiff's motion and amended motion to appoint special master (ECF Nos. 26 and 27) are pending before this Court.

---

[1] Also on March 27, 2023, Plaintiff filed a supplemental memorandum in opposition to Defendant's motion for summary judgment. (ECF No. 28), to which Defendant replied (ECF No. 31) and Plaintiff surreplied (ECF No. 32). Defendant's motion for summary judgment is now fully briefed and awaits the Court's review.

Instead of awaiting the Court's decision on his pending motions, Plaintiff twice refiled motions to appoint a special master (ECF Nos. 33 and 35), adding an additional request for in camera review of documents by the special master (ECF No. 35). Because Plaintiff asserts no new facts or arguments in his re-submitted motions, Defendant maintains that the arguments properly asserted in its March 27, 2023 opposition, (ECF No. 29) should be considered in response to Plaintiff's recent filings (ECF No. 33 and 35).

As argued in that opposition, all factors counsel against appointment of a special master, and this Court should rightly exercise its discretion to deny Plaintiff's request.

Dated:  July 24, 2023               Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

*/s/ B. Kathryn Debrason*
B. KATHRYN DEBRASON
D.C. Bar No. 321236
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C.  20530
Telephone: (202) 815-8663

*Attorneys for the United States*