UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TEHMTON NARIMAN TOORKEY,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>UNITED STATES CITIZENSHIP  )<br>AND IMMIGRATION SERVICES,  )<br>  )<br>  Defendant.  )<br>  ) | Civil Action No. 22-1648 (BAH) |

## DEFENDANT'S SECOND NOTICE OF CONTINUED OPPOSITION TO PLAINTIFF'S MOTION FOR APPOINTMENT OF A SPECIAL MASTER

Defendant U.S. Citizenship and Immigration Services ("USCIS"), through undersigned counsel, respectfully hereby notifies the Court that it continues to oppose Plaintiff's motion to appoint a special master ("Pl.'s Mot.", ECF No. 26). Before this Court is a routine case seeking disclosure of certain birth certificate records under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Defendant has moved for summary judgment (ECF No. 24) and the dispositive motion is fully briefed pending the Court's ruling.

On March 24, 2023, Plaintiff moved the Court to appoint a special master and filed an amended motion seeking the same relief. (ECF Nos. 26 and 27). On March 27, 2023,[1] Defendant opposed Plaintiff's motion (ECF No. 30) and on March 28, 2023, Plaintiff replied. Plaintiff's motion and amended motion to appoint special master (ECF Nos. 26 and 27) are pending before this Court. To date, the Court has not resolved Plaintiff's several pending motions on this issue.

---

[1] Also on March 27, 2023, Plaintiff filed a supplemental memorandum in opposition to Defendant's motion for summary judgment. (ECF No. 28), to which Defendant replied (ECF No. 31) and Plaintiff filed a sur-reply (ECF No. 32).

Instead of awaiting the Court's decision on his pending motions, Plaintiff twice filed motions to appoint a special master (ECF Nos. 33 and 35), adding an additional request for in camera review of documents by the special master (ECF No. 35). Because Plaintiff asserts no new facts or arguments in his re-submitted motions and to avoid burdening the Court with multiple filings, Defendant incorporates herein arguments properly asserted in its March 27, 2023 opposition, (ECF No. 29) as a response to Plaintiff's recent filings (ECF No. 33 and 35). As argued in Defendant's opposition, all factors counsel against appointment of a special master, and this Court should rightly exercise its discretion to deny Plaintiff's request. *See* ECF No. 29.

Since Defendant's Notice (ECF No. 37), Plaintiff submitted yet another filing, "Plaintiff's Continuing Motion for 'in camera review' of Documents ECF 1-1 P29 & 30" (ECF No. 38), reasserting the same arguments from his previous motions. In an effort to conserve judicial resources and advance judicial economy, Defendant requests Plaintiff be barred from filing additional motions relating to the appointment of a special master and in camera review currently pending before the Court. Alternatively, Defendant requests permission to not respond to any further motions on these issues.

Dated:  August 9, 2023

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

*/s/ B. Kathryn Debrason*
B. KATHRYN DEBRASON
D.C. Bar No. 321236
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C.  20530
Telephone: (202) 815-8663

3

*Attorneys for the United States*